IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANICE RICKETTS & ALBERT RICKETTS | : : : | |
| | : | CIVIL ACTION |
| v. | : : | NO. 13-7585 |
| WAL-MART STORES EAST, LP | : | |

**O R D E R**

**AND NOW**, this  3rd  day of     June    , 2014, upon consideration of Plaintiffs Janice Ricketts and Albert Ricketts Motion to Remand (ECF No. 3), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Plaintiffs' Motion to Remand is **GRANTED**.

2. This case shall be transferred to the Court of Common Pleas of Philadelphia County.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**